**DANIEL SANSONI**
13248 Moss Park Ridge Drive
Orlando, FL 32832
(215) 333-7790
Plaintiff and Parent of Plaintiffs

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

| | |
|---|---|
| Daniel SANSONI,<br><br>                    Plaintiff,<br><br>   v.<br><br>ORANGE COUNTY SCHOOL BOARD<br><br>                    Defendant. | Case No.: 6:24-CV-327-PGB-LHP |

## **NOTICE OF PENDENCY OF OTHER ACTIONS**

In accordance with Local Rule 1.07, I certify that the instant action:

__X__ IS     related to pending or closed civil or criminal case(s) previously filed in this Court, or any other Federal or State court, or administrative agency as indicated below: case No. 21-1577E of the Florida Division of Administrative Hearings.

_____ IS NOT     related to any pending or closed civil or criminal case filed with this Court, or any other Federal or State court, or administrative agency.

I further certify that I will serve a copy of this Notice of Pendency of Other

Actions upon each party no later than fourteen days after appearance of the party.

Dated: 02/26/2024                                       Respectfully Submitted,

                                                        /s/ Daniel Sansoni_____
                                                        Daniel Sansoni, Plaintiff

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the forgoing Notice of Pendency of Other Actions was served this 26th day of February, 2024, on the following counsel of record via electronic filing:
Amy Pitsch, attorney for the Defendant, Orange County School Board
Molly Shaddock, attorney for the Defendant, Orange County School Board

/s/ Daniel Sansoni
Daniel Sansoni, Plaintiff