**DANIEL SANSONI**
13248 Moss Park Ridge Drive
Orlando, FL 32832
(215) 333-7790
Plaintiff and Parent of Plaintiffs

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

| | |
|---|---|
| Daniel SANSONI,<br><br>  Plaintiff,<br><br>v.<br><br>ORANGE COUNTY SCHOOL BOARD<br><br>  Defendant. | Case No.: 6:24-CV-327-JSS-LHP |

**PLAINTIFF'S UNOPPOSED MOTION FOR LEAVE TO FILE AN AMENDED COMPLAINT**

## INTRODUCTION

Movant is Daniel Sansoni, the plaintiff in this case. After a conference with the Honorable Judge Hoffman Price and defense counsel on March 18, 2024, and after further communications with defense counsel after the conference, plaintiff feels an amendment complaint would be proper.

## CONCISE STATEMENT OF THE PRECISE RELIEF SOUGHT

Plaintiff seeks leave to file an amended complaint.

## STATEMENT OF THE BASIS FOR THE REQUEST

The complaint currently contains items not in compliance with 11th Circuit precedent. Furthermore, defense counsel has communicated other items which they feel could be struck in a Motion to Dismiss. An amended complaint may address these issues and allow less work for the Court and the defendant.

## LEGAL MEMORANDUM SUPPORTING THE REQUEST

### A. Federal Rule of Civil Procedure 15 allows an Amended Complaint

There are no local rules in the Middle District of Florida regarding a plaintiff filing an amended complaint. Federal Rule of Civil Procedure 15 allows an amended complaint within 21 days of service. 21 days has recently passed. After 21 days, an amended complaint is allowed with the defendant's written consent or the court's leave. The defendant has consented to this Motion.

## LOCAL RULE 3.01(G) CERTIFICATION

Plaintiff certifies that he has conferred with the defendant. The parties agree on the resolution of this motion. Plaintiff has had multiple communications with defense counsel throughout this past week. The defendant, by and through its counsel, has consented to allow plaintiff to make a motion for leave to file an amended complaint. The defendant has authorized 21 days for the plaintiff to amend the complaint. If allowed, the plaintiff will file as soon as possible.

**Conclusion**

Based on all of the above, plaintiff respectfully requests this Honorable Court to grant leave for the plaintiff to file an amended complaint.

Dated: 03/23/2024                                        Respectfully Submitted,

/s/ Daniel Sansoni_____
Daniel Sansoni, Plaintiff

CERTIFICATE OF SERVICE

      I certify that a true and correct copy of the forgoing Motion was served this 23rd day of March, 2024, on the following counsel of record via electronic filing:
Amy Pitsch, attorney for the Defendant, Orange County School Board
Molly Shaddock, attorney for the Defendant, Orange County School Board

/s/Daniel Sansoni
Daniel Sansoni, Esquire