**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

DANIEL SANSONI,

       Plaintiff,

v.                                   Case No:   6:24-cv-327-JSS-LHP

ORANGE COUNTY SCHOOL
BOARD,

       Defendant

_____

**ORDER**

This cause comes before the Court on Defendant's Motion for Clarification and Extension of Time. Doc. No. 43. Upon consideration, and given that Plaintiff opposes, *see id.* at 7, the deadline for Defendant's document production as set forth in the June 25, 2024 Order (Doc. No. 42) is hereby **STAYED** pending resolution of Defendant's Motion (Doc. No. 43). The deadline for Plaintiff to respond to the Motion (Doc. No. 43) is **July 11, 2024**. *See* Local Rule 3.01(c).

It is **ORDERED** that, within **ten (10) days** of the date of this Order, the parties shall conduct a substantive good faith conferral, <u>in person or by videoconference</u> (telephone, email, or other communication methods will not suffice), regarding the issues raised in Defendant's Motion in an attempt to resolve these issues without

further Court intervention. Plaintiff's response to Defendant's Motion shall include a detailed recitation of the conferral efforts, to include: (1) the date, time, and length of the conferral, and the method by which the conferral was conducted; (2) the progress and result of the conferral efforts; and (3) to the extent any issues remain outstanding, a detailed recitation of those issues remaining for resolution by the Court – including which document requests remain outstanding and whether FERPA applies – and Plaintiff's arguments and authorities in support of his position on those issues.

**DONE** and **ORDERED** in Orlando, Florida on June 28, 2024.

*[Signature]*

LESLIE HOFFMAN PRICE
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties