# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

**DANIEL SANSONI,**

      **Plaintiff,**

v.                                          Case No: 6:24-cv-327-JSS-LHP

**ORANGE COUNTY SCHOOL BOARD,**

      **Defendant.**

_____/

## JOINT NOTICE OF RESOLUTION

The parties, pursuant to M.D. Fla. Local Rule 3.09(a), advise that they have resolved all of this action and are currently preparing a written agreement to memorialize the resolution. The parties anticipate the agreement and forthcoming dismissal of the action will be concluded within ten (10) business days of this filing.

Dated this 24th day of July 2024.

*/s/ Amy Pitsch*                                    */s/ Daniel Sansoni*
**AMY J. PITSCH**                             Daniel Sansoni, Plaintiff
Florida Bar No. 0338280
E-mail: apitsch@sniffenlaw.com
**MOLLY L. SHADDOCK**
Florida Bar Number: 0028358
E-mail: mshaddock@sniffenlaw.com

**SNIFFEN & SPELLMAN, P.A.**
605 N. Olive Ave., 2nd Floor
West Palm Beach FL, 33401
123 North Monroe Street
Tallahassee, Florida 32301
Telephone: (850) 205-1996
Facsimile: (850) 205-3004
*Counsel for Orange County School Board*

## **CERTIFICATE OF SERVICE**

      I HEREBY CERTIFY that on this 24th day of July 2024, a true and exact copy of the foregoing was electronically filed in the US District Court, Middle District of Florida, using the CM/ECF system which will send a notice of electronic filing to all counsel of record. A copy was also furnished to Plaintiff, Daniel Sansoni via email at dsansoni@hotmail.com.

                                  */s/ Amy Pitsch*
                                  **AMY J. PITSCH**