UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

DANIEL SANSONI,

    Plaintiff,

v.                                                    Case No: 6:24-cv-327-JSS-LHP

ORANGE COUNTY SCHOOL BOARD,

    Defendant.
_____/

## ORDER

Plaintiff filed a Notice of Dismissal informing the court that this matter has been settled and seeking to dismiss this action with prejudice. (Dkt. 50.) Upon review of the docket, Defendant has not filed an answer or motion for summary judgment in this matter. *See* Fed. R. Civ. P. 41(a)(1)(A)(i); *PTA-FLA, Inc. v. ZTE USA, Inc.*, 844 F.3d 1299, 1307 (11th Cir. 2016) ("According to the plain text of Rule 41(a)(1)(A)(i), only the filing of an answer or a motion for summary judgment terminates a plaintiff's ability to voluntarily dismiss its claims without a court order."). Accordingly, this action is **DISMISSED with prejudice**. Any pending motions are denied as moot. The Clerk is directed to terminate any pending deadlines and thereafter close this case.

**ORDERED** in Orlando, Florida, on July 29, 2024.

                                                                JULIE S. SNEED
                                                                 UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel of Record